1

**FILED**

Jeanette Jeffery Bey Authorized Representative, in Propria Persona
[c/o 14654 Allison Street]
[Adelanto, California [92301]]
North America
[210-649-6923]

2017 DEC 28  AM 11: 50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ED CV17-02552 FMO SHKx

Jeanette Jeffery Bey
         Claimant

Case No.

COMPLAINT
DUE PROCESS
FALSE MISREPRESENTMENT
FALSE SECURITES
FICTITIOUS OBLIGATIONS
MAIL FRAUD
LIBEL/SLANDER
DEMAND FOR JURY TRAIL

VS.

         Defendant
S. Peltier doing business as
Community Safety Manager
CITY OF ADELANTO et al,

COUNTY OF SAN BERNARDINO
Oscar Valdez doing business as
Auditor-Controller/Treasurer/Tax Collector

\

0

# I.

## Jurisdiction

1.  This Court has jurisdiction under 28 U.S.C. section 1331.  Federal question Jurisdiction arises pursuant to 42 USC sec.1983 (31 U.S.C. sec. 3729 False Claims /CFR 28 U.S.C. sec. 4101 / 18 U.S.C. sec. 1341/1342 Frauds and Swindles). The United States for America Republic Constitution (1791), 1st Amendment, Slander/Libel, forced religion and Association with a corporation, is religious discrimination, Falsifying Records 18 USC sec. 2071/2076, Fictitious Obligations, and False Securities 18 USC sec. 513/514, A violation of the 4th and 5th Amendment, Conspiracy against of rights 18 USC sec. 241, and 42 USC sec. 1983 deprivation of rights under color of law 18 USC sec. 242, the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692g, debt Validation, Article 1 sec. 10 and 12 USC sec. 411, violation of Article VI clause III, fiduciary duties as public servants, Oath or Affirmations, a violation of Title 18, Part I, Chapter 47 Sec. 1001 Statements or Entries generally, Article IV Sec. IV The United States shall guarantee to every state in this union a republican form of government and shall protect each of them against invasion; Violation of Article III sec. II all judicial power shall extend to all cases in law and equity.

# II.
## Venue

2.  Venue is proper pursuant to 28 U.S.C. sec. 1391 because the property at issue

3

in this complaint is located in this district.

## III.
## Parties

3.  Jeanette Jeffery Bey, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes.  Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D.

4

Between Morocco and the United States

**(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htmor at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

### Article 20

"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21

"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

### Defendants

Richard Kerr doing business as Mayor and S. Peltier doing business as Community

4

Safety Manager as the CITY OF ADELANTO 11600 AIR EXPRESSWAY ADELANTO, CALIFORNIA 92301 incorporate agency, on November 3, 1992 the City of Adelanto, County of San Bernardino, State of California, ordain and establish its Charter as the organic law of said City under and by virtue of the Constitution of the said State.  Oscar Valdez doing business as SAN BERNARDINO COUNTY Auditor-Controller/ Treasurer/ Tax Collector 268 West Hospitality Lane, San Bernardino, Ca 92415 incorporated and Principal place of Business

in the California State.   Aldridge Pite doing business as CLEAR RECON 4375 Jutland Drive San Diego, California 92117 CORPORATION with its Principal place of Business in California State.  WELLS FARGO BANK N.A. is a National Bank with its principal place of Business in California.  WELLS FARGO BANK N.A. is the parent company of WELLS FARGO HOME MORTGAGE, a mortgage lender headquartered in 1 Home Campus Des Moines, Iowa 50328 with Branches and office in all 50 States.

## IV.
### Statement of Facts

1. On 10/25/2017 I received a letter via United States Post Office stating that JEANETTE GREEN owed a debt of 725.00 dollars for a CITY code violation of Improper maintenances of landscaping, Noxious Growth, Premises identification, and administrative fee.  On 10/27/2017 I sent a Public Notice affidavit of fact to the CITY OF ADELANTO informing them that I was not a UNITED STATES citizen or a

member of their corporation so the city codes does not apply to me or my private property. (see exhibit A)   I do not have a contract to do commerce or business/Trade with their corporation.  I requested to see the contract that they think I have with them and was ignored.

2.  On 11/14/2017 the CITY OF ADELANTO sent another letter via United States Post Office stating that the CITY is not obligated to answer my question due to the fact that my request was not in compliance with the City's adopted appeals procedures.  I than wrote back and reminded the CITY OF ADELANTO of the United State Code Title 15 sec. 1692g debt validation that they are bound to as public official's and USC 5 sec. 556 where the burden of proof is on the public official claimant.  I stated that their presentment was dishonored.  On 11/14/2017 I received a certified receipt instructing me to pick up the letter at the Post Office of which I could not, because they sent it to JEANETTE GREEN which is not me nor do I have ID to pick it up.  This is a indication that the CITY OF ADELANTO is proceeding with a Tax levy debt collection on my private property without cause.  This is a clear indication of their willful intention to injure and harm me through false obligations and false securities along with mail fraud and slander/libel.  (see exhibit B)

3.  On 11/27/2017 I sent the CITY OF ADELANTO and the SAN BERNARDINO COUNTY Auditor-Controller/ Treasurer/ Tax Collector a Public Notice Of revocation of power of attorney/ rescind of signature informing them that I am Not a

UNITED STATES citizen through a lawful writ affidavit of fact, that I am Moorish

American National and to remove/delete my private property from their data system.

I was once again I was ignored and today my private property continues to be listed on

their tax records as situs address which is a false statement. (see exhibit C)

On 11/14/2017 I looked on the internet to see if it was a case filed on the NAME

JEANETTE GREEN and it was Case CIVDS1614278 WELLS FARGO v JEANETTE

GREEN represented by CLEAR RECON (see exhibit D).  CLEAR RECON was in

violation of the law Article III sec. II, by bringing a suit in superior court, that's the

wrong venue for a foreclosure complaint. These corporations are all claiming a public

interest on my private property through the corporately created STATUTORY NAME

JEANETTE GREEN which is fiction.  For the record I have no contract, express or

implied to do business or trade with either of these corporate agencies nor do I agree to

stand as Surety bond, liability, obligations or domestic Security for the Statutory Name

JEANETTE GREEN.  Each corporation mentioned herein have all violated my

Constitutionally secured protected rights and human rights through their willful intent to

injure me by attacking me and my private property through false claims and

misrepresentation instruments through their corporations.  They are acting under color of

law and color of authority making fraudulent false claims upon a corporately created

NAME that is not mine, I disclaim the name and rebut all claims of debt.

**Definition:**

8

**Comity**- an association of nations for their mutual benefit; courtesy and considerate behavior toward others.  To All Defendants, please prove that I agreed to be this JEANETTE GREEN entity by validated verifiable contract by my wet ink written signature, and show what public interest you have in my private property to make such demands on me.  This is to be provided in the answer.

## Legal Claims

These legal claims shall be applied to each of the defendants involved in this case for their violations.  The United States for America Republic Constitution (1791), 1st Amendment, Slander/Libel, forced religion and Association with a corporation is a violation, religious discrimination, Falsifying Records 18 USC sec. 2071/2076, Fictitious Obligations, and False Securities 18 USC sec. 513/514, Mail Fraud 18 USC sec. 1341/1342, 4th and 5th Amendment, Conspiracy against of rights 18 USC sec. 241, and 42 USC sec. 1983 deprivation of rights under color of law 18 USC sec. 242, the air Debt Collection Practices Act, 15 U.S.C. §§ 1692g debt validation, violation of Article 1 sec. 10 and 12 USC sec. 411, violation of Article VI clause III, fiduciary duties as public servants, Oath or Affirmations, a violation of Title 18, Part I, Chapter 47 Sec. 1001 False Statements or Entries, violation of Article IV Sec. IV.   The United States shall guarantee to every state in this union a republican form of government and shall protect each of them against invasion; violation of Article III sec. II- judicial

8

power shall extend to all cases in law and equity, All Law is contract therefore in order for any claim to be made the contract must be produced.  For corporate

officers/workers to imply that they do not have to honor United State Codes as well as

USC 15 Sec.1692g and Title 5 sec. 556 is a violation of my Constitutionally protected

Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due*

*process of the law and equal protection of the law.*

In so refusing to honor the Writ of Public Notice request for debt validation, is a denial

of due process of law and a violation of my human rights. The employees Richard Kerr,

S. Peltier of CITY OF ADELANTO, Oscar Valdez doing business as SAN

BERNARDINO COUNTY Auditor-Controller/ Treasurer/ Tax Collector, Aldridge Pite

doing business as CLEAR RECON has violated their oath of office to uphold the United

States Constitution. "The Constitution for the United States of America binds all Judges

and public officials at Article 6, wherein it does say, "This Constitution and the Laws of

the United States which shall be made in pursuance thereof, and all Treaties made, or

which shall be made under the authority of the United States, shall be the Supreme Law

of the Land, and the Judges/public officials/servants of every State shall be bound

thereby, anything in the Constitution or laws of any state to the Contrary, not

withstanding," see Clause 2." As the small claims court is administrative, no Magistrate

has the jurisdiction to listen to, hear arguments, presentation, or rational.

"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."

"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially". Thompson v. Smith 154 SE 583.

Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.

Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Supp. Ct., SF, 140 Cal. 1.

## V.
## RELIEF

1. **The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836)

A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1) I, Jeanette Jeffery Bey, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2) I, Jeanette Jeffery Bey, demand this United States Federal Court stop these abuses of the colorable authority by the Plaintiffs as it pertains to this Petitioner.

3) I, Jeanette Jeffery Bey, demand if any criminal charges be found, let them be placed upon the Plaintiffs.

4) I, Jeanette Jeffery Bey, demand this United States Federal court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5) I, Jeanette Jeffery Bey do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiffs to be brought before the Law to answer for their criminal and unjust actions.

**6)**     All UNCONSTITUTIONAL 'Order' or 'Action' associated with it / them, to be dismissed and expunged/deleted for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

**7)**    All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

**8)**    Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

**9)**    Respondent Richard Keer doing business as Mayor of CITY OF ADELANDTO is being sued for $75,001 for compensatory damages and $75,001 for punitive damages in its official capacity and private capacity payable in lawful money.

**10)**    Respondent S. Peltier doing business as Community Safety Manager as CITY OF ADELANTO is being sued for $75,001 for compensatory damages and $75,001 for punitive damages in his official capacity and private capacity payable in lawful money.

**11)**    Respondent Oscar Valdez doing business as Auditor-Controller/Treasurer/Tax Collector as COUNTY OF SAN BERNARDINO is being sued for $75,001 for compensatory damages and $75,001 for punitive damages in his official and private capacity payable in lawful money.

**12)**    Respondent Aldridge Pite doing business as CLEAR

RECON INCORPORATED is being sued for $75,001 for compensatory damages and $75,001 for punitive damages in his official and private capacity payable in lawful money.

**TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED**

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent. Respectfully submitted this 28 day of December, 2017 = 1437 M.C.

I  Am:  *Jeanett Jeffery Bey*
Jeanette Jeffery Bey Authorized Representative
Natural Person, In Propria Persona:
 All Rights Reserved:
 U.C.C. 1-207/ 1-308; U.C.C. 1-103
California Territory
 [c/o 14654 Allison St Adelanto, California]
 Northwest Amexem

Complaint/ Due Process

13

14

# EXHIBIT (A)

Complaint/ Due Process

14

Public Notice

Affidavit of Fact

**Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal**


Jeanette Jeffery Bey – Ex-Rel JEANETTE GREEN
c/o 14654 Allison Street
Adelanto, California
True Location- Latitude/Longitude 34.516718/-117.434338

Richard Kerr Doing business as Mayor or the city of Adelanto
11600 Air Expressway
Adelanto, CA 92301

City of Adelanto Administrative Citations
c/o Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658-7275                              October 27, 2017

Re: Alleged Citation account No: TW129829584
Public Record File:7012 3050 0001 7454 1590

I Jeanette Jeffery Bey, Ex-Rel JEANETTE GREEN a flesh and blood Moorish American National
with a jurisdiction domicile outside of the UNITED STATES.  I am not a UNITED STATES citizen.
I am also claiming and reserving all my United States for America Constitutional Republic
secured protected rights under UCC 1-103/1/207/1-308.

I am writing this affidavit with first-hand knowledge of facts pertaining to this subject matter of
the presentment/citation of alleged sum of 725.00 due to your agency for city codes violations.
I just received your letter 10/25/2017 United States Post Office, however your statement reflex
a date of 9/06/2017 giving me 30 days to response, of which the 30 days were already passed
before I received your notice.   However I am responding to your claim of debt due and other
charges by your agent/worker.

Your agent/worker who came to my private estate of which I am the equitable beneficiary,
reporting improper maintenances of landscaping, Noxious Growth, Premises identification, and
administrative fee, are all false claims and I rebut, refute and Disclaim the charges of your
agent/worker.  I have no business with your corporate agency and do not consent to stand as
Surety, Domestic Security, and/or Obligation or Liability.

The name and address JEANETTE GREEN and 14654 ALLISON STREET ADELANTO, CA 92301 are fictional entities created by employees of the UNITED STATES and not me the flesh and blood being Jeanette Jeffery Bey.

As the Burden of Proof is on the Claimant per USC Title 5 Sec. 556 Please provide me with any and all valid verifiable contracts that you think I have with your Corporate City of Adelanto Agency including copies of the citation showing my signature.

The law of the Land is Supreme and supersede all State Statue and city codes, please show me the law which gives your office authority to dictate the people's rights to be left alone on their private personal property estate outside of the jurisdiction of the UNITES STATES?

Again I Rebut all allegations point for point of a debt owed to your agency. I also reserved all Rights to a (Federal Complaint). I do not agree or consent by implied or express to contract with your administrative agency Corporation City of Adelanto. I do not agree or consent to stand as Surety, Liability, Domestic Security or Obligations for the UNITED STATES CORPORATE FICTION NAME and ADDRESS JEANETTE GREEN 14654 ALLISON STREET ADELANTO, CA 92301

Your presentment/Bill/Statement is Dishonored. You have 20 days to respond with proof of claim to all points, Silence will be taken as default and all claims vacated and/or discharged.

Sincerely,

Jeanette Jeffery Bey, Authorized Presentative
Natural Divine Being/All Rights Reserved
U.C.C. 1-103/1-207/1-308
Non-Domestic North America

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Keen (Manager)
11600 Air Expressway
Adelanto, CA 92301

9590 9402 2661 6336 7382 63

2. Article Number (Transfer from service label)
7012 3050 0001 7454 1590

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Eric Ihry   10/31/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Tax Collector » Bill Display

### Bill Display for 170768067*2 as of 12/18/2017
### Parcel Number 3132-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

| Owner Type | Name | Address |
|---|---|---|
| BILLED OWNER | GREEN, JEANETTE | Protected per CA. Govt. Code Sect. 6254.21 |
| SITUS ADDRESS | | Protected per CA. Govt. Code Sect. 6254.21 |

| | | | | | |
|---|---|---|---|---|---|
| Parcel | 3132211520000 | Default Date | 2018-06-30 | Tax Type | AS - Annual Secured |
| Bill | 170768067*2 | Extend Date | 2017-09-21 | Effective Date | 2017-07-01 |
| Corrected From | | Corrected To | | Eligibility | A - ELIG EXTENDED |
| Tax Rate Total | 0.011984 | Tax Rate Area | 000014023 | Tax Rate Year | 2017 |

| Valuation Type | Assessed | | |
|---|---|---|---|
| Land | $29,470.00 | Installment | 01 |
| Personal Property | $0.00 | Due Amt | $879.25 |
| Improvement | $75,779.00 | Delq Amt | $967.18 |
| Personal Property Penalty | $0.00 | Due Date | 2017-12-11 |
| Improvement Penalty | $0.00 | Pmt Posted | 2017-11-29 |
| Total Value | $105,249.00 | Installment | 02 |
| Homeowner Exemption | $0.00 | Due Amt | $879.21 |
| Veteran Exemption | $0.00 | Delq Amt | $977.13 |
| Other Exemption | $0.00 | Due Date | 2018-04-10 |
| Net Value | $105,249.00 | Total Tax | $1,758.46 |
| | | Pay Status | 1ST INSTALL PAID |

| Service Agency | Amount | Service Agency | Amount |
|---|---|---|---|
| GENERAL TAX LEVY | $1,052.49 | *ADELANTO ANN SOLID WASTE (760) 245 - 8607 | $406.14 |
| VV COMM COLLEGE MEASURE JJ (760) 245 - 4271 | $20.83 | SCHOOL BONDS | $0.00 |
| | | | |

| VICTOR VALLEY UNION HS BON (760) 955 - 3200 | $96.30 | ADELANTO ELEMENTARY BOND (760) 246 - 8691 | $91.67 |
|---|---|---|---|
| SCHOOL STATE REPAYMENT | $0.00 | ##MOJAVE WTR BOND DEBT #2 (760) 946 - 7000 | $57.88 |
| #MOJAVE WATER BOND DEBT #1 (760) 946 - 7000 | $33.15 | | |

19

# Code Compliance FAQ's

**1. Are Complainants Kept Confidential?**

Yes. It is department policy not to disclose information regarding complainants.

**2. Can Someone Appeal a Code Compliance Citation?**

Yes. Citations may be appealed if one believes no violation exists. Specific instructions are provided with each citation on how to appeal. However, if upon appeal citation is upheld, the appellant must pay all enforcement fees associated with the case.

**3. Do Most People Comply with Just a Warning?**

Yes. Some people may not know they were in violation and immediately comply with the codes after being notified. However, please note that some violations will be cited without any warning.

**4. Do Violators Get Charged Money?**

Yes. Violators are responsible for all costs of enforcement. In addition, punitive penalties and/or civil penalties can be imposed.

**5. Does the Code Compliance Program Recognize Extenuating Circumstances when Enforcing the Codes?**

Yes. The Codes must always be followed, but Code Compliance Officers have the discretion to allow extensions of time and to establish "compliance programs" when violators are facing severe circumstances such as loss of a job or a family illness or death.

**6. Examples of Priority and Other Housing Violations**

**Priority Violations:**

- Surfacing sewage
- Lack of required utilities (water, gas, electricity)
- Lack of hot water
- Vacant, open and accessible property being used in an unauthorized manner
- Lack of heat
- Lack of water
- Collapsing roof

**Other Violations:**

- Plumbing leak
- Vector infestation
- Electrical malfunction
- Unsanitary premises
- Roof leak

- Broken windows
- Holes in wall
- Rodent harborage

7. How can I Recognize a Code Enforcement Officer?

Most Officers wear a standard uniform that identify them as a "City of Adelanto Community Safety Officer". Please note that both Code Compliance and Animal Care & Control Officers are assigned and fall under the Community Safety Department. If you have a question as to an Officer's identity or if they are in "plain clothes", the Officer will present you with photo identification and/or a badge. If you still are not sure, you may call Adelanto City Hall or the San Bernardino County Sheriff's Department to verify the Officer's employment.

8. How do I Report a Violation?
Go online or call Adelanto City Hall.

9. How does Code Compliance Respond to Code Complaints?

Upon receiving the complaint, a case is initiated. If the violations are considered a "Priority" violation the case will be forwarded to a Code Compliance Officer for an inspection to occur. An officer will contact the tenants, if any, and conduct an onsite inspection of the property to verify the stated issue/s. If violations are found at the time of the inspection, a Notice of Violation and/or citation will be issued to the property owner. There may be costs associated with inspections resulting in confirmed violations. Ongoing violations can result in administrative penalties.

10. What does the term "abatement" mean?

It means the elimination or removal of a nuisance. E.g. Vehicle abatement is the removal of an abandoned vehicle from the public right-of-way.

11. What Happens if Someone Does Not Pay a Code Compliance Bill?

Depending on the type of fines or fees owed, Code Compliance Staff will seek to recover those fees either through the California Franchise Tax Board's Intercept Program or file a lien on the property, known as a Notice of Pendency, with the San Bernardino County Recorder's Office.

12. What Happens When Someone is in Violation of the Codes?

Depending upon the type of violation, the person with the code violation may be contacted by Code Compliance staff and asked to voluntarily abate (correct) the violation. They may be notified of the specific violation and given a time frame in which to comply.

13. What Happens When Someone Refuses to Comply with the Codes?

When someone refuses to comply with the codes, the Code Compliance Officer may issue a criminal or administrative citation, schedule a hearing, tow a vehicle, file a lawsuit, or file criminal charges.

14. What is a Conditional Use Permit (CUP)?

It is a permit to use your property in a way that normally would not be allowed in a particular zone, which with the application of special conditions of approval and design guidelines may be appropriate. CUP's are costly and require approval and public hearings. See the City of Adelanto Planning Department for more information.

15. Why are some San Bernardino County codes different than City of Adelanto codes?

First, the County answers to the San Bernardino County Board of Supervisors, while the City answers to the Adelanto City Council, both elected but independent bodies. Second, the County must meet the needs of a more diverse population than the city. While the City of Adelanto is largely urbanized with a dense population, the County covers a much larger area, with population that live in agricultural or rural neighborhoods with different needs than urban centers.

23

# EXHIBIT (B)

Complaint/ Due Process

24



# CITY OF ADELANTO
## COMMUNITY SAFETY DEPARTMENT

11600 AIR EXPRESSWAY   ☐   ADELANTO, CA. 92301   ☐   (760) 246-2300 FAX (760) 246-3242

November 14, 2017

**VIA UNITED STATES MAIL**

Ms. Jeanette Green
14654 Allison Street
Adelanto, CA 92301

Re:   **CITY OF ADELANTO ADMINISTRATIVE CODE CITATIONS – ADMINISTRATIVE ENFORCEMENT PROCEDURES**

Dear Ms. Green:

This letter serves as a formal response to your letter entitled "Alleged  Citation account No. TW129829584; Public Record File: 7012 3050 001 7454 1590", dated October 27, 2017 (referred hereinafter as "Letter").  In your Letter, you make various demands of the City of Adelanto ("City") with respect to City code violation citations that were issued to you.  Please be advised that the City is under no obligation to comply with the demands contained in your Letter, because they are not in compliance with the City's adopted appeals procedures.

City Code section 1.20.060 sets forth specific procedures for challenging an administrative citation which includes paying the full penalty amount listed on the citation and filing a notice of a written appeal with the City Manager or designee within thirty (30) calendar days from the date of the administrative citation.  The appeal request must include the specific identification number of the subject citation; the name and address of the appellant; a statement in ordinary and concise language of the specific(s) or action protested and the grounds for contesting the citation, together with all material facts in support thereof; and the date and signatures of the appellant.  As noted above, your Letter does not follow the specified requirements.

Please understand that City has the authority to specify the procedure for challenging its administrative citations.  Because you have failed to follow this procedure, the request/demand is not legally binding on the City and it may continue the collection process.  Should you have any further questions or comments concerning the matter, feel free to contact me at (760) 246-2300

Regards,

S. Peltier
Community Safety Manager
Animal Care & Control – Code Compliance

24



Community Safety
11600 Air Expressway
Adelanto, CA 92301

**Public Notice**

**Affidavit of Fact**

**Notice to Principal is Notice to Agent and Notice to Agent to Principal**

Richard Kerr doing business as Mayor
S. Peltier doing business as Community Safety Manager
CITY OF ADELANTO COMMUNITY SAFETY DEPARTMENT
11600 AIR EXPRESSWAY
ADELANTO, CALIFORNIA 92301

Re: Your November 14, 2017 Letter
Re: Alleged Citation Account No.: TW129829584
Re: Public Record No.:7012 3050 0001 7454 1606

Dear S. Peltier,                                          November 21, 2017

I Jeanette Jeffery Bey, a flesh and blood Moorish American National with a jurisdictional domicile of North America, outside of the UNITED STATES. I would like to take time to invoke and reserve all rights Protected and Secured under the United States for America Republic Constitution (1791), I also invoke my common law rights under UCC 1-103/1-207/1-308. This is a official lawful affidavit of fact with first-hand knowledge of facts of equity and law to be used as Official Notice.

S. Peltier, ADELANTO CITY CORPORATION AGENCY and I have a dispute/controversy concerning a alleged debt that is not mine. I must rebut, disclaim and refute the false claim debt and corporate name JEANETTE GREEN, Ms. Jeanette Green and Ms. Green, that is not my name and it is not who I am. When coming from an Public Office, Corporation, Agency workers and agents, it is used as a STATUTORY Nom de Gurre entity.  I am **NOT** a UNITED STATES Citizen, resident or inhabitant within the UNITED STATES. I also Disclaim, rebut and refute the corporate address formally known as 14654 ALLISON STREET ADELANTO, CALIFORNIA 92301. I declare, the true location is Latitude/Longitude 34.516718/-117.434338 outside of the jurisdiction of the UNITED STATES. No one has the right to say who I am or where I domicile, I am the only one who can say who I am. And when your Corporate office workers continue to refer to me as JEANETTE GREEN or any corporately styled name, is Libel and Slander with the intent to harm. A Violation of USC 28 Section 4101 being in non-compliance

1

with state and federal rules. Also it's a Violation of my 1st Amendment right of free-assocation and religion, according to the 1791 Republic Constitution.

**Defamation** is an area of law that provides a civil remedy when someone's words end up causing harm to your reputation or your livelihood. **Libel** is a written or published defamatory statement, while **slander** is **defamation** that is spoken by the defendant.

I must also rebut your November 14, 2017 letter of another false claim misrepresentation that the citation was issued to me, Jeanette Jeffery Bey flesh and blood, being Moorish American National. It was issued to a statutory person JEANETTE GREEN your office created without my consent for the reason to gain revenue through false claims and no contract. I do not agree or consent by implied or express contract to stand as surety bond, domestic security agreement, or liability at any point in time for the corporate name JEANETTE GREEN.

**Violation; Fraud/Mispresentation information of Public Records Civ. Sec. 3294**"Fraud" means an intentional misrepresentation, deceit, or concealment of a material fact known to the defendant with the intention on the part of the defendant of thereby depriving a person of property or legal rights or otherwise causing injury.

**CFR 17 sec. 240. 15c1-2** Fraud and Misrepresentation- is hereby defined to include any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person. It's a federal offense when the private person/worker of the City of Adelanto files false misrepresentation documents stating that I the flesh and blood being violated the City of Adelanto codes and statues and ordinances when I am 1; not a corporate person 2; not a member or your association, corporation, therefore the city codes does not apply to me.

28 U.S. sec. 3002 (15)(a) United States is a Federal Coproation and not government.

28 U.S. sec. 3002 (10) Defines a **Person** as a corporation, a partnership, an unincorporated association, a trust, or an estate, or any other public or private entity

18 U.S. **Code** § 911 - **Citizen** of the United States. Whoever falsely and willfully represents himself to be a **citizen** of the United States shall be fined under this title or imprisoned not more than three years, or both. I am not a Citizen of the United States, I won't be apart of your fraud.

In your letter you also stated that I should challenge the administrative citation through City Code procedures, because I am not a member or citizen of the United States I don't quailify to use this process. My only option to challenge this dispute is through the State or Federal district courts in accordance with Article III Sec. II of the Constitution for the United States of America Republic (1791). **The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and**

2

**citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.** I reserve all rights to file (Federal Complaint).

In your last paragraph of the November 14th letter where it states that the City has the authority to specify the procedure for challenging its administrative citations within the jurisdiction of the United States, you are correct, until the point were City workers start violating natural law, and liberties and the right to be left alone. By writing false misrepresentation cititations to non-members of the corporation, violates my substantive rights. The State of (CALIFORNIA), is nothing more than a corporation and can only regulate non-humans, inanimate objects, all government employees, and corporations. I operate in my private National capcity and not a public one. You also stated, I failed to follow your process of a corporate enitiy whereby challenging the fraudulent debt as you say. I followed it as required by the law (see Title 15 USC 1692g Debt Vaildation 809). It is the CITY OF ADELANTO and it workers that are in non-complaince of several State and Federal Statutes and Laws. Title 5 Sec. 556 States that if a public servant makes a claim against you, than they must be proven by the claimant. It is **you** who have **not** followed the process of your **own** statues and codes by your silence of request of debt vaildation. It is not only your duty, it is a fiduciary obligation according to law.

I Declare and proclaim, for the record, that I am Jeanette Jeffery Bey, a Moorish America National flesh and blood, being with a domicile of North America having no contracts implied or express with the CITY OF ADELANTO Incorporate. I **DO NOT** wish or agree to do business with this corporate enitity nor do I acknowledge or recognize CITY OF ADELANTO ADMINISTRATION CODE as a dejure government. I object and continue to rebut your tax collection process without proof of contract or alleged debt, your office has a fudiary duty to abide by law. The fact that the CITY OF ADELANTO workers/agents is violating statues and law proves its willful intent to injure me claiming to use the U.S. Tax collector office to force extortion is frightening to me. Pursuant to USC Title 26, the Tax statues affrim that the tax is meant for CORPORATIONS. I am not a Corporation nor do I identify myself as such. The NAME JEANETTE GREEN is a collapsed trust entity. Please delete the NAME JEANETTE GREEN and Corporate address 14654 ALLISON STREET ADELANTO, CALIFORNIA 92301 from your public records as it fiction and has nothing to do with me Jeanette Jeffery Bey flesh and blood natural being.

28 U.S. Code § 1603 - Definitions

(a)

A "foreign state", except as used in section 1608 of this title, includes a political subdivision of a foreign state or an agency or instrumentality of a foreign state as defined in subsection (b).

(b) An "agency or instrumentality of a foreign state" means any entity—

(1)

which is a separate legal person, corporate or otherwise, and

(2)

which is an organ of a foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by a foreign state or political subdivision thereof, and

(3)

which is neither a citizen of a State of the United States as defined in section 1332 (c) and (e) of this title, nor created under the laws of any third country.

(c)

The "United States" includes all territory and waters, continental or insular, subject to the jurisdiction of the United States.

(d)

A "commercial activity" means either a regular course of commercial conduct or a particular commercial transaction or act. The commercial character of an activity shall be determined by reference to the nature of the course of conduct or particular transaction or act, rather than by reference to its purpose.

(e)

A "commercial activity carried on in the United States by a foreign state" means commercial activity carried on by such state and having substantial contact with the United States.

In this letter I think I have conveyed to you that the UNITED STATES and United States of America is a  foreign corporation and not government, operating as a private citizen engaged in commerce only providing a service or product.  It has no authority over flesh and blood beings or their private estate property unless they give their consent.   I do not consent or agree to do buisness with this agency.  And when an corporate entity such as CITY OF ADELANTO citizen choose to violate the law of the land and injure and harm the natrual beings claiming authority over them and their property through a corporate created enitity (JEANETTE GREEN), shows willful intent to injure and harm.  And when this corporation tell you they will use another corporate entity to extort/collect corporate money/property from you, that's called conspiracy/collusion and treason.

Your claim of debt of 725.00 have not been validated or verified as true as is required by State Statue or Federal rules and the law.  The presentment is in Dishonor.  I object to all procedures of collection because they are false misrepresentations.  Cease and desist all communications with me Jeanette Jeffery Bey ex-rel JEANETTE GREEN  and my ancestral inherit private property/estate formally and corporately known as 14654

4

29

ALLISON STREET ADELANTO,CALIFORNIA 92301.


Sincerely without Malice,



Thank You

Jeanette Jeffery Bey Moorish American National
all rights reserved UCC 1-103/1-207/1-308
c/o 14654 Allison Street
Adelanto, California [92301]
True Location- Latitude/Longitude 34.516718/-117.434338
North America

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

5, DELAILER SAFETY MANAGER
COMMUNITY SAFETY MANAGER
11600 AIR EXPRESSWAY
ADELANTO CALIFORNIA
92301

9590 9402 2661 6336 7381 40

2. Article Number (Transfer from service label)

7012 3050 0001 7454 1606

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

31

32

# EXHIBIT (C)

Complaint/ Due Process

**REVOCATION OF POWER OF ATTORNEY/Recind of Signature**
**PUBLIC NOTICE**
Affidavit of Fact      Exhibit 1

Oscar Valdez doing business as
Auditor-Controller/Treasurer/Tax Collector
COUNTY OF SAN BERNARDINO
268 WEST HOSPITALITY LANE,
SAN BERNARDINO, CA 92415

S. Peltier doing business as
Community Safety Manager
11600 AIR EXPRESSWAY
ADELANTO, CA 92301

Jeff Session Attorney General
United States Department of Justice
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20530-0001

Re: Revoction of Power of Attorney                    November 27, 2017

Re: Public Record File No:7012 2210 0002 1243 6843

I am Jeanette Jeffery Bey Ex-Rel JEANETTE GREEN Moorish American National Living flesh and blood being with a domicile outside of the United States/UNITED STATES . I am writing you concerning my ancestral inheritant private allodial property.  When I claimed my inherit ancestal private Property formly and corporately known as 14654 ALLISON STREET ADELANTO , CA 92301 I may have unknowingly/undisclosed signed a power of Attorney or registration giving the UNITED STATES ET EL, (Trustee) and subdivisions, enclave's authority over my ancestral inheritant private allodial property.   Today I am correcting my Status/Domicile with the COUNTY OF SAN BERNARDINO TAX COLLECTOR OFFICERS and the CITY OF ADELANTO CORPORATION.

I, Jeanette Jeffery Bey, Declare that I am **Not** a UNITED STATES Citizen, Resident, inhabitant, Individual nor do I domicile within the UNITED STATES jurisdiction or county of the UNITED STATES jurisdiction.  I am Not engaged in a Trade or Business as defined in 26 CFR 1.871-1(b)1(i) understand now that I always have been Moorish American National and expect to permanently act as one indefinitely into the future.

1

Because of my Status and Domicile correction I am no longer eligible to the Statutory Citizenship status of the UNITED STATES and I am therefore, withdrawing, revoking, and rescinding all contracts and signatures made with the COUNTY OF SAN BERNARDINO TAX COLLECTOR OFFICE and THE CITY OF ADELANTO corporate agency.

My inherit private property thereof is a "foreign State" as described in 26 USC 7701 (a)(31) and I domicile in a "foreign State" as defined in 28USC 1332(d) which is what all states of the union are.  Therefore under 28 USC 1332, the Federal Government may not lawfully assert diversity of citizenship jurisdiction over me or my private property.

I am no longer eligible to be a part of your community/ program due to my status and domicile correction, I also Withdraw and rescind the Deed of Trust records and all signatures to my private allodial property formerly and corporately known as 14654 ALLISON STREET ADELANTO, CALIFORNIA 92301.  There is no law that requires private property to be  registered with or placed on the COUNTY OF SAN BERNARDINO TAX ASSESSOR'S  TAX ROLL,  or CITY OF ADELANTO , CALIFORNIA corporate database within your corporate offices.

**Legal Description**:
Parcel Number: 3132-211-52-0-000
TRACT 14953 LOT 128 BOOK 244 PAGE 69
CORPORATE ADDRESS: 14654 ALLISON STREET ADELANTO, CALIFORNIA
true location Latitude/Longitude as (34.516718/-117.434338)

This private property listed above is now of Allodial Private Property, please delete any and all previous documents/information from your database,  they are now of a private matter per the "Federal Privacy Act of 1974.  I do not give my consent or agreement by implied or express to any further public or private use of my ancestral private property information.

According to 22 CFR 505.12(a)(2) refusal to amend a record is a criminal offense.  This correction is in accordance with your fiduciary duties public servants.

Thank you for your time and attention to this matter.

Thank you,
I am:

Jeanette Jeffery Bey, Authorized Representative
All Rights Reserved UCC/1/103/1-207/1-308
c/o 7322 Silent Cloud San Antonio, Texas
Non-Domestic/Non-Assumpsit
North America

2

34

**Affidavit of Fact**

Exhibit 2

**Transfer of Inhertiance Notification**

Made the 27th day of November, 1437 M.C. [2017 C.C.Y]

BTWEEN UNITED STATES OF AMERICA CORPORATION (TRUSTEE), AND

**Jeanette Jeffery Bey** a (Aboriginal Indigenous National Moorish American) for Allodial Ancestral inhertiant Private Property.

This transfer agreement is a transfer instrument from THE UNITED STATES OF AMERICA ET AL,/COUNTY OF SAN BERNARDINO AUDITOR-CONTROLLER / TREASURER / TAX COLLECTOR to the RIGHTFUL HEIRESS APPARENT Aboriginal and Indigenous natural living Being of the Allodial   personal private property/land (property formerly and corporately known as 14654 ALLISON STREET ADELANTO, CALIFORNIA 92301) but now known as the true location Latitude/Longitude as (34.516718/-117.434338) not taxed and does not need to be registered as deed of trust within the corporated UNITED STATES COUNTY OFFICES, **Jeanette Jeffery Bey**, In Propria Persona, Sui Juris.

I am NOT a UNITED STATES CITIZEN, I  domicile outside of the United States and Not engaged in a Trade or Business as defined in 26 CFR 1.871-1(b)1(i) understand now that I always have been and expect to permanently act as Moorish American National indefinitely into the future.

My private property thereof is a "foreign State" as described in 26 U.S.C. 7701(a)(31) and I domicile in a "foreign state" as defined in 28 U.S.C. 1332(d) which is what all states of the union are.  Therefore under 28 USC 1332, the Federal Government may not lawfully assert diversity of citizenship jurisdiction over me or my private property.

In the matter of 'Rights of Parties' and, 'Rights of Property' this instrument obtains justice for the Natural Divine Beings Manifest in Human Flesh, Moorish American National, **Jeanette Jeffery Bey**, and intends to remedy these wrongs by addressing Personum Jurisdiction, Which is jurisdiction over the person.

Operation and navigating in a colorable status is dishonorable and injurious to the Natural Divine Living Being Manifest In Human Flesh.

This agreement between THE UNITED STATES OF AMERICA AND COUNTY OF SAN BERNARDINO AUDITOR-CONTROLLER/TREASURER/TAX COLLECTOR AND **Jeanette Jeffery Bey,** is forever cured as **Jeanette Jeffery Bey** is Not a minor; Not a Ward of the State, and is competent from this day forth to take her seat amongst the affairs of Men and handle the affairs of her Nation-the Moors of Northwest Amexem-Northwest

35

Africa-North America-North Gate.

**Jeanette Jeffery Bey** is a Natural Divine Living Being Manifest in Human Flesh, Aboriginal Indigenous, Moorish American Nationals, Is Protected by the Zodiac Constitution, United States Republic Constitiution, Treaty of Peace and Friendship, the United Nations Declaration Rights of Indigenous People, United Nations Rights of Human Beings, United Nations Rights of the Child and does enforce all said compacts for the upliftment of fallen humanity-the Moors of Northwest Amexem-Northwest Africa-North America-North Gate.

This transfer invokes my unalienable/inalienable secured rights as a Moorish American National:  Not to be transfer by or to any UNITED STATES entity now, or into the future.

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION: (Zodiac Constitution and Birthrights of Moorish Americans) being Ali, Bey, El, Dey and Al) Article two (2) Paragraph two (2).
2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE: Moorish American Credentials: AA222141-TRUTH A-1.
3. UNITED STATES SUPREME COURT: SUPREME LAW-Acts of State
4. UNITED STATES REPUBLIC CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX(9)(Reservation of the Rights of the People).
5. RESOLUTION NUMBER SEVENTY-FIVE (75) Dated April 17, 1933 A.D.(MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES).
6. UNIVERSAL DECLARATION OF HUMAN RIGHTS-UNITED NATIONS-HUMAN RIGHTS [Article Fifteen (15)].
7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL, ASSEMBLY -Part 1, Article 4
8. Treaty of Peace and Friendship of 1787
9. The Declaration of the Granting of Independence to Colonial Countries and People UN GA #1541
10. The American Declaration of the Rights and Duties of Man (Adopted by the Ninth International Conference of American States Bogota, Colombia, 1948 at Article 5, Article 17, Article 26
11. Declaration on the Principles of International Law
12. Executive Order Number: 13107, 63, Federal Resgister, 68, 991(1998)-Implementation of Human Rights Treaties

With this Document in place, proper identity for Jeanette Jeffery Bey, establishes and removes for the record any and all misrepresentation of abandonment by any foreign entities, guilds, private foreign unions, etc. or persons alleging anything to the contray, on her part as Heir to her vast heritage and Allodial private property and responsibility to myself and her people.

Thank You,

Jeanette Jeffery Bey Authorized Representative
Natural Living Divine Being, In Propria Persona:
All Rights Reserved: UCC 1-207/1-103/1-308
c/o 7322 Silent Cloud Near San Antonio, Texas
Non-Domestic/Non-Assumpsit,  North America

2

3b

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oscar Valdez
County of San Bernardino
268 S West Hospitality Ln
San Bernardino, CA 92415

9590 9402 2661 6336 7381 33

2. Article Number (Transfer from service label)

7012 2210 0002 1243 6843

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED
NOV 20 2017
BY
SAN BERNARDINO COUNTY
TAX COLLECTOR

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

37

www.mytaxcollector.com        En Español



## Oscar Valdez
### San Bernardino County Auditor-Controller/Treasurer/Tax Collector

**Home**
**Treasurer**
**Tax Collector**
- Property Tax Information
- Find Property
- Property Information
- Parcel Map
- Owner History
- Parcel History
- Paid Bill History
- Taxes Due
- Pay Taxes Online
- View Tax Payment Cart
- Print a Duplicate Bill
- Estimate Your Tax Bills
- Mello-Roos and Bonds
- Understanding Your Tax Bill
- Understanding Postmarks
- New Homeowner Information
- Important Dates
- Penalty Cancellation Request Form
- Mobile Home Tax Clearance
- Tax Collector Fee Schedule
- Tax Relief Programs
- Tax Sale Information
- Unclaimed Property Tax Refunds
- Transient Occupancy Tax
- Bulk Tax Payments
- Frequently Asked Questions
- Meet Your Treasurer-Tax Collector
- About Us
- Contact Us
- E-Mail Subscription Service
- SBCounty.gov

## Tax Collector » Bill Display          12/19/2017

### Bill Display for 170768067*2 as of 12/18/2017
### Parcel Number 3132-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

Click here for a printer friendly version of this page.

| Owner Type | Name | Address |
|---|---|---|
| BILLED OWNER | GREEN, JEANETTE | *Protected per CA. Govt. Code Sect. 6254.21* |
| SITUS ADDRESS | | *Protected per CA. Govt. Code Sect. 6254.21* |

| | | | | | |
|---|---|---|---|---|---|
| Parcel | 3132211520000 | Default Date | 2018-06-30 | Tax Type | AS - Annual Secured |
| Bill | 170768067*2 | Extend Date | 2017-09-21 | Effective Date | 2017-07-01 |
| Corrected From | | Corrected To | | Eligibility | A - ELIG EXTENDED |
| Tax Rate Total | 0.011984 | Tax Rate Area | 000014023 | Tax Rate Year | 2017 |

| Valuation Type | Assessed | | Installment | 01 |
|---|---|---|---|---|
| Land | $29,470.00 | | Due Amt | $879.25 |
| Personal Property | $0.00 | | Delq Amt | $967.18 |
| Improvement | $75,779.00 | | Due Date | 2017-12-11 |
| Personal Property Penalty | $0.00 | | Pmt Posted | 2017-11-29 |
| Improvement Penalty | $0.00 | | Installment | 02 |
| Total Value | $105,249.00 | | Due Amt | $879.21 |
| Homeowner Exemption | $0.00 | | Delq Amt | $977.13 |
| Veteran Exemption | $0.00 | | Due Date | 2018-04-10 |
| Other Exemption | $0.00 | | Total Tax | $1,758.46 |
| Net Value | $105,249.00 | | Pay Status | 1ST INSTALL PAID |

| Service Agency | Amount | Service Agency | Amount |
|---|---|---|---|
| GENERAL TAX LEVY | $1,052.49 | *ADELANTO ANN SOLID WASTE (760) 245 - 8607 | $406.14 |
| VV COMM COLLEGE MEASURE JJ (760) 245 - 4271 | $20.83 | SCHOOL BONDS | $0.00 |
| VICTOR VALLEY UNION HS BON (760) 955 - 3200 | $96.30 | ADELANTO ELEMENTARY BOND (760) 246 - 8691 | $91.67 |



Seasonal Property Tax Payment Center - Hesperia
Dec 1 - Dec 11, 2017



Tax Bills Delivered to Your Inbox
Electronic Tax Bill Delivery



digicert
EV SSL

🔒 SECURE
EV SSL

| SCHOOL STATE REPAYMENT | $0.00 | ##MOJAVE WTR BOND DEBT #2 (760) 946 - 7000 | $57.88 |
|---|---|---|---|
| #MOJAVE WATER BOND DEBT #1 (760) 946 - 7000 | $33.15 | | |

You can use the menu to the left to see additional information about this parcel.

SIMPLY A BETTER WAY TO DO BUSINESS ®
© 2017 San Bernardino County Auditor-Controller/ Treasurer/ Tax Collector - All Rights Reserved | Privacy
Policy | Terms of Use | Site Map | Site Requirements

39

United States Postal Service®

**Sorry We Missed You! We Re Deliver for You**

Today's Date: 12|11    Sender's Name: *adelanto*

Item is at:
- Post Office™ (See back)

Available for Pick-up After

Date: _____ Time: _____

**For Redelivery**
Go to *usps.com/redelivery*
or see reverse

- Letter
- Large envelope, magazine, catalog, etc.
- Parcel
- Perishable Item
- Other: ____

☐ If checked, you or your agent must be present at time of delivery to sign for them.

**For Delivery:** *(Enter total number of items delivered by service type.)*

**For Notice Left:** *(Check applicable item)*

- ☐ Priority Mail Express™
- ✓ Certified Mail™ *(Must claim within 15 days or article will be returned)*
- ☐ Restricted Delivery
- ☐ Registered Mail™

- ☐ Insured Mail
- ☐ Return Receipt for Merchandise
- ☐ Adult Signature
- ☐ Signature Confirmation™

USPS Tracking # or Article Number(s)

7012 3460 0000 3040
6646

**Notice Left Section**
Customer Name and Address
*Green*
14654 *Allison*

Article Requiring Payment
☐ Postage Due  ☐ COD  ☐ Customs

Amount Due
$ _____

✓ **Final Notice:** Article will be returned to sender on 12|16

Delivered By and Date

PS Form **3849**, July 2013    **usps.com**    Delivery Notice/Reminder/Receipt

---

United States Postal Service®

**Sorry We Missed You! We Re Deliver for You**

Today's Date: 11-17    Sender's Name: ADELANTO

Item is at:
- Post Office™ (See back)

Available for Pick-up After

Date: 11.13 Time: 10.00

**For Redelivery**
Go to *usps.com/redelivery*
or see reverse

- Letter
- Large envelope, magazine, catalog, etc.
- Parcel
- Perishable Item
- Other: ____

☑ If checked, you or your agent must be present at time of delivery to sign for them.

**For Delivery:** *(Enter total number of items delivered by service type.)*

**For Notice Left:** *(Check applicable item)*

- ☐ Priority Mail Express™
- ✓ Certified Mail™ *(Must claim within 15 days or article will be returned)*
- ☐ Restricted Delivery
- ☐ Registered Mail™

- ☐ Insured Mail
- ☐ Return Receipt for Merchandise
- ☐ Adult Signature
- ☐ Signature Confirmation™

USPS Tracking # or Article Number(s)

7012 3460 0000 3040
6646

**Notice Left Section**
Customer Name and Address
J. GREEN
14654 ALLISIN

Article Requiring Payment
☐ Postage Due  ☐ COD  ☐ Customs

Amount Due
$ _____

☐ **Final Notice:** Article will be returned to sender on _____

Delivered By and Date

PS Form **3849**, July 2013    **usps.com**    Delivery Notice/Reminder/Receipt

40

# EXHIBIT (D)

Complaint/ Due Process

# Minute Orders

**Home**    **Complaints/Parties**    **Actions**    **Minutes**    **Pending Hearings**    **Case Report**    **Images**

Case Type: [_____ ∨]

Case Number: [_____] [ Search ]

## Case CIVDS1614278 - WELLS FARGO -V- JEANETTE GREEN
**Action:** [(Choose)                          ∨]

## ORDER TO SHOW CAUSE RE: STATUS OF DEFAULT JUDGMENT
## 05/30/2017 - 8:30 AM DEPT. S22

BRYAN F FOSTER, JUDGE
CLERK: PATRICIA VEGA
COURT REPORTER KATHLEEN ZAMORES 10479
COURT ATTENDANT R DELGADO
-
APPEARANCES:
ALDRIDGE PITE, LLP FOR WELLS FARGO BANK, N.A. NOT PRESENT
-
PROCEEDINGS:
08:37
PREDISPOSITION HEARING HELD
THE COURT NOTES THE JUDGMENT WAS SIGNED AND IS IN PROCESS OF BEING FILED.
-
HEARINGS:
CURRENT HEARING CONTINUED TO 07/18/17 AT 08:30 IN DEPARTMENT S22.
ACTION - COMPLETE
=== MINUTE ORDER END ===

# Actions

| Home | Complaints/Parties | Actions | Minutes | Pending Hearings | Case Report | Images |

Case Type: _San Bernardino_ ▾

Case Number: [          ]  [ Search ]

## Case CIVDS1614278 - WELLS FARGO -V- JEANETTE GREEN

[          ]  [ Move To This Date ]

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
| | 08/11/2017 | FEE PAYMENT | Not Applicable | |
| | 07/19/2017 | FEE PAYMENT | Not Applicable | |
| | 07/18/2017 8:30 AM DEPT. S22 | ORDER TO SHOW CAUSE RE: STATUS OF DEFAULT JUDGMENT | VACATED | |
| | 05/30/2017 8:30 AM DEPT. S22 | ORDER TO SHOW CAUSE RE: STATUS OF DEFAULT JUDGMENT - Minutes | Continued | |
| N | 05/24/2017 | SIGNED JUDGMENT FILED WITH COURT. | Not Applicable | 🖻 |
| N | 05/09/2017 | NOTICE OF RETURNED DEFAULT PACKET SENT. | Not Applicable | 🖻 |
| N | 04/26/2017 | NOTICE OF RETURN OF DOCUMENT(S) | Not Applicable | 🖻 |
| | 04/26/2017 | DEFAULT/JUDGMENT PACKET IS RETURNED BY COURT FOR THE FOLLOWING REASON(S): CIV-100 #2,#4,#5,#6,#7 MUST BE COMPLETED, DATED & SIGNED, INCLUDE FEES/COSTS. | Not Applicable | |
| | 04/25/2017 8:30 AM DEPT. S22 | ORDER TO SHOW CAUSE RE: STATUS OF DEFAULT JUDGMENT - Minutes | Continued | |
| | 03/07/2017 8:30 AM DEPT. S22 | TRIAL SETTING CONFERENCE - Minutes | Pre-D Complete | |
| N | 02/17/2017 | AT-ISSUE MEMORANDUM FILED BY WELLS FARGO BANK, N.A. | Not Applicable | 🖻 |
| | 02/06/2017 | DEFAULT ENTERED ON COMPLAINT (UNLIMITED) FILED 08/24/2016 OF WELLS FARGO BANK, N.A. AS TO JEANETTE GREEN. | Not Applicable | |
| N | 02/06/2017 | REQUEST TO ENTER DEFAULT AGAINST JEANETTE GREEN FILED. | Not Applicable | 🖻 |
| | 01/11/2017 | PROOF OF SERVICE OF SUMMONS AND COMP/PET ON JEANETTE GREEN; DEFENDANT/RESPONDENT SERVED ON 12/26/16 WITH COSTS OF $223.25 FILED. | Not Applicable | |

| | | | | |
|---|---|---|---|---|
| | 08/24/2016 | PLAINTIFF WELLS FARGO BANK, N.A. FIRST PAPER FEE PREVIOUSLY PAID IN FULL. | Not Applicable | |
| | 08/24/2016 | FILING FEE PAID BY WELLS FARGO BANK, N.A. FOR NEW FILING | Not Applicable | |
| N | 08/24/2016 | CERTIFICATE OF ASSIGNMENT RECEIVED. | Not Applicable | 🖾 |
| N | 08/24/2016 | NOTICE IMAGED | Not Applicable | 🖾 |
| | 08/24/2016 | CASE ASSIGNED FOR ALL PURPOSES TO DEPARTMENT S22 | | |
| N | 08/24/2016 | CIVIL CASE COVER SHEET FILED. | Not Applicable | 🖾 |
| N | 08/24/2016 | SUMMONS ISSUED AND FILED | Not Applicable | 🖾 |
| N | 08/24/2016 | COMPLAINT AND PARTY INFORMATION ENTERED | Not Applicable | 🖾 |