# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEANETTE JEFFERY BEY,<br><br>        Plaintiff,<br><br>        v.<br><br>S. PELTIER, doing business as<br>Community Safety Manager, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. ED CV 17-2552-FMO (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint ("Complaint"), all of the records herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). The Court has also reviewed Plaintiff's Motion to Dismiss the Complaint filed on February 2, 2018, in which she both opposes the Report "for all points made except for Rule 8," and simultaneously requests that the Complaint be "withdrawn or dismissed without prejudice." (Dkt. No. 12.)[1] The Court liberally construes this filing as Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which Plaintiff objects. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

---

[1] Also on February 2, 2018, Plaintiff filed a Motion to Withdraw or Dismiss the Court's Order permitting her to proceed *in forma pauperis* in this action. (Dkt. No. 11.)

Accordingly, IT IS ORDERED that: (1) the Complaint is DISMISSED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: February 12, 2018

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE