**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE JEFFERY BEY, | ) NO. ED CV 17-2552-FMO (KS) |
| **Plaintiff,** | ) |
| v. | ) **JUDGMENT** |
| S. PELTIER, doing business as Community Safety Manager, et al., | ) |
| **Defendants.** | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 12, 2018

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE